IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION 4

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>STEVE M. GLENN, and )<br>GLENN NATIONAL AGENCY, INC. )<br>)<br>DEFENDANTS ) | CASE NO. 09-cv-523 |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

COMES NOW, Plaintiff, General Electric Capital Corporation ("GECC"), through undersigned counsel, and moves this Honorable Court for an Order admitting Kevin P. Walters, of the law firm Chaffe McCall, L.L.P., as attorney *pro hac vice* on its behalf in the above-referenced matter. In support of this Motion, undersigned counsel respectfully represent the following:

1. Applicant Kevin P. Walters resides at 6003 Running Creek Court, Kingwood, Texas 77345.

2. Applicant Kevin P. Walters is an attorney with the law firm Chaffe McCall, L.L.P., 815 Walker Street, Suite 953, Houston, Texas 77002.

3. Since 1985, applicant Kevin P. Walters has been, and presently is, a member in good standing of the bar of the highest court of the State of Texas, where he regularly practices law.

4. Applicant Kevin P. Walters is admitted to practice before the following courts:

| Court | Date Admitted |
|---|---|
| Texas | 1985 |
| District of Columbia | 1988 |
| New York | 1989 |
| Massachusetts | 1991 |
| USDC for Southern and Eastern Districts of Texas | 1986 |
| USDC for Southern and Eastern Districts of New York | 1989 |
| USDC for District of Massachusetts | 1992 |
| USDC for Northern District of Texas | 2002 |
| USDC for Western District of Texas | 2003 |
| USDC for Northern District of Oklahoma | 2003 |
| United States Court of Appeals for the Fifth Circuit | 1985 |

5. Applicant has never (a) been denied admission *pro hac vice* in this state, (b) had admission *pro hac vice* revoked in this state, or (c) otherwise formally been disciplined or sanctioned by any court in this state.

6. Applicant has never had any formal, written disciplinary proceedings brought against him by a disciplinary authority in any other jurisdiction within the last five (5) years.

7. Applicant herein has never been held formally in contempt or otherwise sanctioned by any court in a written order in the last five (5) years for disobedience to its rules or orders.

8. Applicant has not filed an application to appear *pro hac vice* in this state within the preceding two (2) years.

9. Applicant does not have local counsel of record associated with this case.

10. Applicant agrees to comply with the applicable statutes, laws and rules of the State of Arkansas and will familiarize himself and comply with the Arkansas Rules of Professional Conduct, local rules and court procedures of this Court.

**WHEREFORE**, Plaintiff, GECC, respectfully requests that this Honorable Court grant this Motion for Admission *Pro Hac Vice*.

    Respectfully submitted,

/s/ Prisidha A. Govender
Prisidha A. Govender
govender@chaffe.com
Kevin P. Walters
walters@chaffe.com
815 Walker Street, Suite 953
Houston, Texas 77002
(713) 546-9800 Telephone
(713) 546-9806 Telecopy

ATTORNEYS FOR PLAINTIFF,
GENERAL ELECTRIC
CAPITAL CORPORATION

OF COUNSEL:
CHAFFE McCALL, L.L.P.

# VERIFICATION

STATE OF TEXAS

COUNTY OF HARRIS

    I, Kevin P. Walters, do hereby swear or affirm under penalty of perjury that I am the applicant in the above-styled matter; that I have read the foregoing application and know the contents thereof, and that the contents are true of my own knowledge, except as to those matters stated on information and belief, and that as to those matters I believe them to be true.

_____
APPLICANT/AFFIANT

Subscribed and sworn to before me this 26th day of August, 2009.

[SEAL: SYLVIA L. THOMAS, MY COMMISSION EXPIRES January 4, 2012]

_____
Notary Public for the State of Texas