# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**GENERAL ELECTRIC CAPITAL**  **PLAINTIFF**
**CORPORATION**

**v.**                               **Case No. 4:09-cv-00523-BSM**

**STEVE M. GLENN and**
**GLENN NATIONAL AGENCY, INC.**                   **DEFENDANTS**

## ORDER

The parties jointly request to stay all proceedings and to administratively terminate this case pending the outcome of defendant Bullseye Corporation's Chapter 11 bankruptcy proceeding (Doc. No. 20). This case is hereby stayed and administratively terminated without prejudice to the parties' rights to reopen the case pending the resolution of the bankruptcy proceeding. The parties are directed to reopen the case, if necessary, within thirty (30) days of the resolution of the bankruptcy proceeding.

IT IS SO ORDERED this 3rd day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE