**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**GENERAL ELECTRIC CAPITAL
CORPORATION**                                                                 **PLAINTIFF**

**V.**                                  **CASE NO. 09-cv-00523-BSM**

**STEVE M. GLENN and
GLENN NATIONAL AGENCY, INC.**                                  **DEFENDANTS**

**<u>AGREED FINAL JUDGMENT</u>**

BE IT REMEMBERED that the above-styled and numbered cause came on for disposition pursuant to the agreement of the parties, Plaintiff General Electric Capital Corporation and Defendant Glenn National Agency, Inc., as reflected by their respective counsels' signatures below.  In consideration of such agreement, the Court is of the opinion that this Agreed Final Judgment should be accepted and signed as the Court's adjudication of the action.  It is, therefore,

ORDERED, ADJUDGED AND DECREED that Plaintiff General Electric Capital Corporation have and recover judgment against Defendant Glenn National Agency, Inc. as follows:

1) Liquidated damages in the amount of $201,758.71;

2) Attorneys' Fees in the amount of $4,250.00;

3) Costs in the amount of $762.38; and

4) Post-judgment interest on the judgment amounts at the rate of 5% per annum from the date of judgment until judgment is satisfied.

It is FURTHER ORDERED that Plaintiff shall have all writs of execution and other processes necessary to enforce this judgment.

The Court denies any relief not granted in this judgment.

SIGNED on this the ___10th___ day of ___July_____, 2012.

_____
JUDGE PRESIDING

APPROVED & ENTRY REQUESTED:


/s/ Clinton F. Brown _____        /s/ Ed Daniel IV _____
Kevin P. Walters                     Ed Daniel IV, ABN 88004
Texas SBN: 20818000                  ED DANIEL IV, P.A.
Clinton F. Brown                     10310 W. Markham, Suite 203
Texas SBN: 24063732                  Little Rock, Arkansas 72205
Chaffe McCall, L.L.P.                Phone:  (501) 228-4488
801 Travis Street, Suite 1910        Fax:  (501) 228-4485
Houston, Texas 77002                 E-mail:  mrediv@comcast.net
(713) 546-9800 Telephone
(713) 546-9806 Telecopier

**ATTORNEYS FOR PLAINTIFF,**          **ATTORNEY FOR DEFENDANT,**
**GENERAL ELECTRIC CAPITAL**          **GLENN NATIONAL AGENCY, INC.**
**CORPORATION**